# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Eric Jesus Castro**<br>DOB: 1968; U.S. Citizen | DOCKET NO.<br>**VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>**11-00816M** |
| Complaint for violation of Title 18 United States Code § 111 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### Count 1

On or about July 5, 2011, at or near Tucson, in the District of Arizona, Eric Jesus Castro intentionally and forcibly assaulted United States Postal Inspector, David Birch, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Inspector Birch, in violation of Title 18, United States Code, Section 111.

### Count 2

On or about July 5, 2011, at or near Tucson, in the District of Arizona, Eric Jesus Castro intentionally and forcibly assaulted United States Postal Inspector, Daniel Grossenbach, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Inspector Grossenbach, in violation of Title 18, United States Code, Section 111.

**(Continued on reverse)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 5, 2011, at approximately 9:40 a.m., United States Postal Inspectors arrived at the lobby of the Tucson Main Post Office located at 1501 S. Cherrybell Stravenue, Tucson, AZ to speak with a customer who was causing some problems. Inspectors Birch and Grossenbach approached CASTRO and asked him to step outside. Castro stated to Birch "if you touch me, I will fuck you up." Castro then forced his way past Birch and elbowed him in the chest. The force of the blow knocked Birch's glasses to the floor. CASTRO ran out of the building pursued by postal inspectors. As Inspector Grossenbach approached CASTRO in the parking lot, CASTRO hit Inspector Grossenbach making contact with his shoulder. He also threw his personal belongings at Inspector Grossenbach. CASTRO was then escorted to the U.S. Postal Inspectors' office. CASTRO spit in Grossenbach's face with the saliva landing on various areas of Grossenbach's face. CASTRO continued to be belligerent and verbally threaten the inspectors. Both Postal Inspectors are Officers of the United States and were engaged in the performance of their official duties.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>DeMarais/jmm<br>AUTHORIZED BY: AUSA *(signature)*<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>*David W. Bullard Jr.*<br>OFFICIAL TITLE<br>Postal Inspector |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*(signature)* | DATE<br>July 6, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

## Count 3

On or about July 5, 2011, at or near Tucson, in the District of Arizona, Eric Jesus Castro intentionally and forcibly assaulted United States Postal Inspectors, Daniel Grossenbach, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Officer Grossenbach, in violation of Title 18, United States Code, Section 111.